IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMORY POWELL,

Plaintiff,

v.

GARY RENNEGARBE and
GARY'S TIRE CENTER, INC.,

Defendants.

Case No. 23-cv-3786 JPG

# JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 4/3/2024**        MONICA A. STUMP, Clerk of Court

s/ Tina Gray, Deputy Clerk


**Approved:**  *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**